# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| JODI LYNN HOKE,<br>*Plaintiff*<br>v.<br>NANCY A. BERRYHILL,<br>*Defendant* | )<br>)<br>)  Civil Action No.   1:18-CV-0394<br>)   (Chief Judge Conner)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other:  JUDGMENT be and is hereby ENTERED in favor of defendant NANCY A. BERRYHILL ("the Commissioner") and against plaintiff JODI LYNN HOKE, as follows: The Commissioner's decision denying Hoke's application for a period of disability and disability insurance benefits is AFFIRMED, in accordance with the court's order (Doc. 15), dated March 5, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X  decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION

Date:   Mar 5, 2019         *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*